**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 99-1144

———

ORVILLE LEWIS, JR.,

Plaintiff - Appellant,

versus

JANET RENO, Attorney General; RICHARD L.
WILLIAMS, District Court Judge; WILLIAM S.
COHEN, Secretary of Defense,

Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-722-A)

———

Submitted: July 22, 1999                Decided: July 28, 1999

———

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Orville Lewis, Jr., Appellant Pro Se. Dennis Edward Szybala, Assistant United States Attorney, Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Lewis, Jr., appeals the district court's order dismissing the action alleging age discrimination in employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lewis v. Reno, No. CA-98-722-A (E.D. Va. Dec. 7, 1998).[*] We grant the motion to amend the certificate of service and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 4, 1998, the district court's records show that it was entered on the docket sheet on December 7, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).